DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boost Worldwide, ) | |
| ) | CASE NO. 5:11 CV 2466 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>JUDGMENT ENTRY</u> |
| ) | |
| Summit Check Cashing, ) | |
| ) | |
| ) | |
| Defendant. ) | |

For the reasons contained in the Memorandum Opinion (ECF 13) and Order of Permanent Injunctive Relief (ECF 14) filed contemporaneously herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Boost Worldwide's motion for default judgment is GRANTED;

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that defendant Summit Check Cashing is enjoined and restrained as provided in the Court's Order of Permanent Injunctive Relief; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Boost Worldwide is awarded the sum of $4,365.00 in attorney fees and costs, and defendant Summit Check Cashing shall pay to plaintiff Boost Worldwide the sum $4,365.00.

The Clerk is directed to mail a copy of this Judgment Entry to defendant Summit Check Cashing at its address of record.

This cased is CLOSED.  However, the Court retains continuing jurisdiction with respect to the enforcement of its Order of Permanent Injunctive Relief and this Judgment Entry.

IT IS SO ORDERED.

| | |
|---|---|
| March 23, 2012 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |